IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RE: AMENDMENT TO:

IN RE: CURRENT MASTER JURY WHEEL (12/16)
NEW MASTER JURY WHEEL (12/18)
JS-12 REPORTS
CURRENT QUALIFIED JURY WHEEL (06/17)
NEW QUALIFIED JURY WHEEL (06/19)

Case No. 2:18-mc-1243

## ORDER

**WHEREAS,** the current Master Jury Wheel of this District was established from the voter registration rolls from the November 2016 General Election;

**WHEREAS,** 28 U.S.C. § 1863(b)(4) requires that such Master Jury Wheel be periodically emptied and refilled, the interval for which shall not exceed two years as provided by the Plan for Random Jury Selection for the Western District Court of Pennsylvania (March 2009) (the "Jury Plan");

**WHEREAS,** the Clerk of this Court was directed to establish new Master Jury Wheels from the November 2018 Voter Registration Rolls after receipt of Department of State, Commonwealth of Pennsylvania certification of November 2018 Voter Registration Rolls;

**WHEREAS,** the receipt of such information from the Department of State, Commonwealth of Pennsylvania was delayed and submission to the Court's vendor to create the subject wheel was similarly delayed; and,

**WHEREAS,** the Court's vendor has now provided such information necessary to create the wheel and that said information has been provided to a second Court vendor for the preparation and mailing of such instruments needed to qualify residents residing in the twenty-five counties that comprise this Court's jurisdiction for creation of a qualified wheel for each division

**NOW THEREFORE,** it is hereby ordered that the Clerk of Court shall have an extension of time until June 30, 2019 to officially terminate the current Qualified Wheel. Upon completion of this work, the Clerk will take the necessary steps to submit for the Court's consideration and approval, any orders necessary for the drawing at random from the Qualified

1

Jury Wheels beginning July 1, 2019 through May 31, 2021 such number of jurors as may be required for grand or petit jury panels. All other requirements in connection with the above referenced jury wheels will remain unchanged and in accordance with the Jury Plan and the Order entered by the undersigned on December 21, 2018.

Date: May 30, 2019

_____
Mark R. Hornak, Chief Judge